69 A.3d 218

**John R. MITCHELL, Appellant**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

June 17, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 17th day of June, 2013, the order of the Commonwealth Court is hereby **AFFIRMED.**